MATTHEW J. GULDE
guldem@sec.gov
SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-3821

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                   **Plaintiff,**<br><br>            v.<br><br>**CHRISTOPHER J. SPENCER and**<br>**JOHN BUSSHAUS**<br><br>                                   **Defendants.** | Case No.  1:19-cv-9070 |

**PLAINTIFF'S UNOPPOSED MOTION TO ENTER JUDGMENTS AGAINST**
**DEFENDANTS CHRISTOPHER J. SPENCER AND JOHN BUSSHAUS**

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Judgments against Defendants Christopher J. Spencer and John Busshaus ("Defendant"), and respectfully shows the Court as follows:

1. On September 30, 2019, the Commission filed suit alleging violations of the federal securities laws by the Defendants.

2. The Commission has reached a settlement with Defendants regarding the Commission's claims.  Defendants have executed the attached Consents and agree to the form of

the attached proposed Judgments.  A copy of the Consents are attached hereto as Exhibit "A" and a copy of the Judgments are attached hereto as Exhibit "B".

3. The Commission respectfully requests that the Court enter the Judgments of permanent injunction as to Defendants and that the Court expressly rule that there is no just reason for delaying the entry of such Judgment under Federal Rule of Civil Procedure 54(b).

October 2, 2019                                              Respectfully submitted,

                                                                         *s/Matthew J. Gulde*
                                                                         MATTHEW J. GULDE
                                                                         Illinois Bar No. 6272325
                                                                         United States Securities and Exchange Commission
                                                                         Fort Worth Regional Office
                                                                         Burnett Plaza, Suite 1900
                                                                         801 Cherry Street, Unit #18
                                                                         Fort Worth, TX 76102-6882
                                                                         Ph: 817-978-1410
                                                                         Fax: 917-978-4927
                                                                         guldem@sec.gov

                                                                         ATTORNEY FOR PLAINTIFF UNITED STATES
                                                                         SECURITIES AND EXCHANGE COMMISSION

Of Counsel:

D. Thomas Keltner
Texas Bar No. 24007474
United States Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-3821
Fax: 917-978-2700
keltnerd@sec.gov

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Commission conferred with counsel for Defendants, who stated that Defendants are not opposed to the relief requested in this motion.

*s/Matthew J. Gulde*_____
Matthew J. Gulde

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, a copy of foregoing *Unopposed Motion To Enter Judgments Against Defendants Christopher J. Spencer and John Busshaus* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/Matthew J. Gulde*_____
Matthew J. Gulde
